IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| v. | CRIMINAL NO. 25-428 (GMM) |
| | VIOLATIONS: |
| | 8 U.S.C. §§ 1324(a)(1)(A)(ii) |
| ALEX MIGUEL POLANCO-SERRANO, | |
| Defendant | (ONE COUNT) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Transporting Certain Alien within the United States**
**(Title 8, *United States Code*, Sections 1324(a)(1)(A)(ii))**

On or about August 22, 2025, in the District of Puerto Rico, within the jurisdiction of this Court, the defendant,

**ALEX MIGUEL POLANCO-SERRANO,**

knowing and in reckless disregard of the fact that a certain alien, that is, Y.H.E., had come to, entered and remained in the United States in violation of law, attempted to and did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law. All in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: Oct. 16, 2025